UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LOBSANG DARGEY,<br><br>        Defendant/Judgment Debtor,<br><br>    v.<br><br>SPRINT C/O FIDELITY WORKPLACE SVCS, LLC,<br><br>        Garnishee. | Case No. C18-1347RSL<br><br>ORDER OVERRULING OBJECTIONS |

This matter comes before the Court on defendant/judgment debtor's objections to the United States' request for a continuing garnishee order. Dkt. # 9. Mr. Dargey asserts that the government failed to provide notice of the garnishment to his wife, that she has a 50% interest in the funds held by the garnishee, that federal taxes at a rate of 27% must be paid to the Internal Revenue Service on defendant/judgment debtor's behalf, and that no disbursement can occur until defendant/judgment debtor reaches the age at which he is eligible to withdraw funds.

Mr. Dargey's objections are untimely. Under Washington law, any objection or claim of exemption should have been raised in November 2017. On the merits, Mr. Dargey provides no evidence to contradict the United States' certification that it mailed a copy of the garnishment papers to Mrs. Dargey in October 2017 (Dkt. # 5 at 2), to show that he is entitled to represent

ORDER OVERRULING OBJECTIONS

1  Mrs. Dargey in this matter, or to establish what, if any, portion of the 401(k) account might be
2  subject to Mrs. Dargey's claim. With regards to the eligibility and tax issues raised by Mr.
3  Dargey, the United States' proposed writ specifies that only those funds in which
4  defendant/judgment debtor meets the requirements for withdrawal will be disbursed and that
5  federal taxes payable to the Internal Revenue Service will be withheld from any disbursement.

Having reviewed the submissions of the parties and the remainder of the record, the Court finds that Mr. Dargey has not asserted a viable objection or exemption to garnishment. All of the requisite notices were provided, no objections were raised in a timely manner, and the belated objections either lack merit or are appropriately addressed in the continuing writ. For all of the foregoing reasons, Mr. Dargey's objections are overruled, and the Court will issue the proposed writ submitted by the United States at Dkt. # 7-1.

Dated this 18th day of September, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge