**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LOBSANG DARGEY,<br><br>    Defendant/Judgment Debtor,<br><br>  and<br><br>SPRINT<br>*c/o Fidelity Workplace Svcs, LLC,*<br><br>    Garnishee. | NO. C18-1347RSL<br><br>(2:17-CR-00001-RSL-1)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Sprint *c/o Fidelity Workplace Svcs., LLC,* has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Sprint *c/o Fidelity Workplace Svcs., LLC* (Fidelity) filed its Answer on October 27, 2017, stating that at the time of the service of the Writ, Garnishee had in its possession, custody, or control, a Sprint 401(k) Plan, valued at $169,225.53, as of October 23, 2017, in which Defendant/Judgment Debtor Dargey maintains an interest.

After notification of the garnishment proceeding was mailed to the parties on or about October 10, 2017, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Fidelity, shall pay to the United States District Court for the Western District of Washington, the entire amount (less federal tax withholdings paid to the Internal Revenue Service) of non-exempt property from any and all accounts in the Garnishee's possession, custody, or control, including, but not limited to, the Sprint 401(k) Plan, in which the Defendant/Judgment Debtor is vested and meets the requirements to withdraw, or becomes eligible to withdraw, but such amount shall not exceed the amount necessary to pay Mr. Dargey's restitution balance in full;

That such payment(s) shall be applied to Defendant/Judgment Debtor Dargey's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:17-CR-00001-RSL-1 and 2:17-MC-00126-RSL, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

//

//

Dated this 18th day of September, 2018.

*/s/ Robert S. Lasnik*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney