UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LOBSANG DARGEY,<br><br>        Defendant/Judgment Debtor,<br><br>   v.<br><br>SPRINT C/O FIDELITY WORKPLACE SVCS, LLC,<br><br>        Garnishee. | Case No. C18-1347RSL<br><br>ORDER DENYING REQUEST TO PAY TAXES |

This matter comes before the Court on defendant/judgment debtor's "Motion to Have the Government Pay Taxes on Seized/Garnished Property." Dkt. # 17. Mr. Dargey previously requested that the government pay federal taxes on the amounts garnished in this action, a request that was considered and resolved two months ago. Dkt. # 12. The only other property identified in this motion is a residence that was allegedly seized and sold by the government. That asset was not in the possession, custody, or control of Sprint, however, and is not the subject of this garnishment action. If, in fact, Mr. Dargey's residence were seized and sold, it was not pursuant to an order in the case. Any relief related to the residence would be available, if at all, in the action in which the seizure and sale were authorized.

ORDER DENYING REQUEST
TO PAY TAXES

For all of the foregoing reasons, Mr. Dargey's motion for payment of taxes on seized and/or garnished property is DENIED.

Dated this 13th day of November, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING REQUEST
TO PAY TAXES -2-